IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2008 APR 16 PM 1:36
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

CHASE HOME FINANCE LLC; JPMORGAN
CHASE BANK, N.A.; J.P. MORGAN CHASE &
CO.; and MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
          Plaintiffs,

-vs-

KWI COMMUNICATIONS, LLC, d/b/a KWI
Holdings and d/b/a KWI Legal Defense Fund;
WALTER LEE HALL, JR.; GINA SANCHEZ;
and TWELVE GATES MINISTRIES,
          Defendants.

Case No. A-07-CA-1070-SS

## ORDER

BE IT REMEMBERED on the 15th day of April 2008 the Court reviewed the file in the above-styled cause, and thereafter, enters the following:

IT IS ORDERED that the "Defendants' Verified Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)" [#27] and the "Defendants' Omnibus First (1st) Supplemental Motion to Dismiss Pursuant to Fed. R. Civ. Proc. 12(b)" [#36] are OVERRULED and DENIED.

IT IS FURTHER ORDERED that the Clerk of this Court shall not file further pleadings signed by Walter Lee Hall, Jr., and/or Gina Sanchez for the defendants KWI Communications, LLC d/b/a KWI Holdings and d/b/a KWI Legal Defense Fund and/or Twelve Gates Ministries. These defendants are now in default as they have not filed any responsive pleadings by any authorized counsel of record.

IT IS ORDERED that the "Defendants' Motion to Vacate the Order Granting Plaintiffs' Application for Preliminary Injunction" [#18] is OVERRULED and DENIED.

IT IS ORDERED that the Request for Hearing on Defendants' Motion to Vacate the Order Granting Plaintiffs' Application for Preliminary Injunction is OVERRULED and DENIED.

IT IS ORDERED that the Plaintiffs' Motion to Enter Default [#35] filed March 10, 2008, is at this time DENIED without prejudice to refiling as the record indicates the defendants Walter Lee Hall, Jr. and Gina Sanchez have had pending on this date Rule 12 motions to dismiss.

IT IS FURTHER ORDERED that the "Defendants' Motion to Set Aside Default" [#33] filed March 6, 2008, is DISMISSED AS MOOT.

After a review of the Motion for Contempt [#21] filed on behalf of the plaintiff against the defendants Walter Lee Hall, Jr. and Gina Sanchez, IT IS ORDERED that Walter Lee Hall, Jr. and Gina Sanchez appear before this Court on April 23, 2008, at 2:00 p.m. in the United States Courthouse, Courtroom 2, 200 West Eighth Street, Austin, Texas 78701, to show cause why they should not be held in contempt of this Court and suffer the consequences in the event it is determined they are in contempt of this Court's orders.

IT IS FURTHER ORDERED that should Walter Lee Hall, Jr. and/or Gina Sanchez fail to appear at 2:00 p.m. on April 23, 2008, plaintiffs will be allowed to establish an evidentiary record and the Court will determine whether Walter Lee Hall, Jr. and/or Gina Sanchez are in violation of this Court's order and are, therefore, in contempt of this Court and appropriate sanctions shall be ordered.

-3-

IT IS FINALLY ORDERED that Walter Lee Hall, Jr. and Gina Sanchez file any response they have to the motion for summary judgment filed by the plaintiffs on March 27, 2008, by 2:00 p.m. on April 21, 2008, or the motion for summary judgment, pursuant to the Local Rules of this district, shall be considered a non-contested motion and judgment will be entered accordingly.

SIGNED this the _15th_ day of April 2008.

                                                     /s/ Sam Sparks
                                                    UNITED STATES DISTRICT JUDGE