FILED

APR 25 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CHASE HOME FINANCE LLC <br> JPMORGAN CHASE BANK, N.A. <br> J.P. MORGAN CHASE & CO. <br> and MORTGAGE ELECTRONIC <br> REGISTRATION SYSTEMS, INC. <br><br> Plaintiffs, <br><br> v. <br><br> KWI COMMUNICATIONS, LLC D/B/A <br> KWI HOLDINGS AND D/B/A <br> KWI LEGAL DEFENSE FUND, <br> WALTER LEE HALL, JR., <br> GINA SANCHEZ and <br> TWELVE GATES MINISTRIES, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. 1:07-CV-01070-SS |

## FINAL JUDGMENT

On __April 24__, 2008 the Court entered a Default Judgment against Defendants KWI Communications, LLC d/b/a KWI Holdings and d/b/a KWI Legal Defense Fund, Gina Sanchez and Twelve Gate Ministries. On __April 24__, 2008, the Court entered an Order Granting Plaintiffs' Motion for Summary Judgment Against Defendant Walter Lee Hall, Jr. In accordance with the foregoing Orders, the Court enters this Final Judgment which incorporates the prior rulings made by the Court. IT IS THEREFORE

ORDERED ADJUDGED and DECREED

    a.    Defendants Walter Hall, Jr. and KWI Communications LLC and those acting in concert with either of them shall cease using and are permanently enjoined from using the names "Chase Home Finance LLC," "JPMorgan Chase Bank, National Association," "Chase," "MERS", "Mortgage Electronic Registration Systems, Inc." and any colorable imitation thereof as assumed names or otherwise and are permanently enjoined from using

"Chase Home Finance LLC," "JPMorgan Chase Bank, National Association," "Chase," "Mortgage Electronic Registration Systems, Inc." and any colorable imitation thereof as assumed names for KWI or any other entity associated with KWI or Hall;

b. Defendants Walter Hall, Jr. and KWI Communications LLC and those acting in concert with either of them are permanently enjoined from representing to anyone or committing any acts calculated to cause members of the public to believe that Hall or KWI's goods or services have any authority, sponsorship, affiliation, or any connection with Plaintiffs or Plaintiffs' services; and

c. Defendants Walter Hall, Jr. and KWI Communications LLC and those acting in concert with either of them are permanently enjoined from using, in any manner, the marks or names Chase, Chase Home Finance, Chase Home Finance LLC, JPMorgan Chase Bank, N.A., MERS, Mortgage Electronic Registration Systems, Inc., or any other words similar thereto that may cause, or may be likely to cause, confusion, mistake, or deception by the public, alone or in combination with any other word or words.

IT IS FURTHER ORDERED, that 100% fee simple title to the Property located at 908 Smoothing Iron Drive, Pflugerville, TX, more particularly described as

LOT 9, "BLOCK D", SETTLER'S MEADOW SECTION THREE, A SUBDIVISION IN TRAVIS COUNTY, TEXAS ACCORDING TO THE MAP OR PLAT OF RECORD IN DOCUMENT NUMBER 200000241 OF THE OFFICIAL PUBLIC RECORDS OF TRAVIS COUNTY, TEXAS.

is vested in Chase Home Finance LLC by virtue of the Substitute Trustee's Deed executed August 7, 2007 and recorded as Travis County Instrument No. 2007152188 in the Official Public Records of Travis County, Texas,; IT IS FURTHER

ORDERED the Special Warranty Deed signed August 17, 2007 and recorded on August 20, 2007 as Travis County Instrument No. 2007154856 in the Official Public Records of Travis County, Texas, was not signed by Chase Home Finance LLC, is a forgery and is without effect and is void; IT Is FURTHER

Ordered the Warranty Deed signed October 1, 2007 and recorded October 2, 2007 as Travis County Instrument No. 2007183598 is without effect and is void because no valid interest

in the Property was held by Twelve Gates Ministries on the date the Warranty Deed was signed; IT IS FURTHER

ORDERED, the Release of Lien purported executed on June 5, 2007, by Hall on behalf of MERS and recorded as Travis County Instrument No. 2007101667in the Official Public Records of Travis County, Texas, is a forgery and is without effect and is void; IT IS FURTHER

ORDERED, Defendants Walter Lee Hall, Jr. and KWI Communications LLC are jointly and severally liable to Chase Home Finance LLC in the amount of $10,000 and to Mortgage Electronic Registration Systems, Inc. in the amount of $10,000; IT IS FURTHER

ORDERED, Plaintiffs Chase Home Finance LLC and Mortgage Electronic Registration Systems, Inc. shall recover attorney's fees in the amount of $19,005.27 from Walter Lee Hall, Jr. and KWI Communications LLC; IT IS FURTHER

ORDERED, Plaintiffs Chase Home Finance LLC and Mortgage Electronic Registration Systems, Inc. shall recover exemplary damages in the amount of $ _10,000.00_ from Walter Lee Hall, Jr.; IT IS FURTHER

ORDERED, Defendants shall pay all taxable costs incurred by Plaintiffs in prosecuting this case.

All relief not expressly granted herein is denied such that this is a Final Judgment disposing of all claims and all parties.

SIGNED THIS _24_ DAY OF _April_, 2008.

_Sam Sparks_
U.S. DISTRICT JUDGE